UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-101-HSM-SKL |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JASON COLLINS ) | |

O R D E R

The Court entered an Order of Commitment for Mental Evaluation of defendant on November 3, 2014, pursuant to Title 18 U.S.C. §§ 4241 and 4247 to determine defendant's mental competency to stand trial [Doc. 16]. The Court received a letter from Charles Ratledge, Warden of the Federal Bureau of Prisons, Correctional Complex in Butner, North Carolina requesting that the time allowed for evaluation of defendant begin from the date of defendant's arrival at the Federal Bureau of Prisons, Correctional Complex in Butner, North Carolina and requesting a fifteen (15) day extension to complete the extensive psychological testing with the evaluation period ending December 27, 2014. I find there is good cause to **GRANT** the request as follows: the time allowed for evaluation and treatment of the defendant shall begin from the date of the defendant's arrival at the Federal Bureau of Prisons, Correctional Complex in Butner, North Carolina as set forth in my prior order. To the extent an additional 15 days in being requested, the time for said evaluation shall be 45 days from the date of arrival. *See* 18 U.S.C. § 4247(b) ("For the purposes of an examination pursuant to an order under section 4241, . . . the court may commit the person to be examined for a reasonable period, but not to exceed thirty days . . . The director of the facility may apply for a

reasonable extension, but not to exceed fifteen days under section 4241 . . . .").

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE